NUMBER 13-10-00004-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF E. T. R., A MINOR CHILD
____________________________________________________________


On appeal from the 319th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, M.R. (1)
, perfected an appeal from a judgment entered by the 319th District
Court of Nueces County, Texas, in cause number 99-5787-G. Appellant has filed a motion
to withdraw the appeal on grounds that the appellant no longer wishes to pursue the
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
withdraw the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to withdraw the appeal is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Delivered and filed the 

11th day of February, 2010. 





 
1. [1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require
the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent
or other family member. Tex. R. App. P. 9.8.